## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil   __04-12347 NMG__

Title:   __Access 4 All v. Delancey Clinton Associates, L.P.,__

### N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge __Gorton__ has been transferred to Judge __Ponser__ for all further proceedings.

From this date forward the case number on all pleadings should be followed by the

initials __MAP__ .

Thank you for your cooperation in this matter.

                                       SARAH A. THORNTON
                                       CLERK OF COURT

                           By:   __/s/ Craig J. Nicewicz__
                                 Deputy Clerk

Date:   __3/24/05__

__X__   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)