## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Massachusetts

Case Number: 04-12347 NMG

Plaintiff:
ACCESS 4 ALL,INC. AND FELIX ESPOSITO

vs.

Defendant:
DELANCEY CLINTON ASSOCIATES,LP.

For:
Oliver Wragg
FULLER AND FULLER
1200 Biscayne Blvd.
Suite 609
N.Miami, FL  33181

Received by Boston Due Process to be served on **LP. DELANCEY CLINTON ASSOCIATES C/O CT CORP SYSTEMS 101 FEDERAL STREET BOSTON,MA.02110.**

I, Mark C.Gaisford, do hereby affirm that on the **31st day of March, 2005** at **2:32 pm**, I:

Served the within named corporation by delivering a true copy of the **ALIAS SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to ALLISON LITERIO as PROCESS CLERK of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a sworn Constable, in good standing, in the municipality in which the process was served.

Subscribed to and sworn before me
this 21 day of March, 2005.

Thomas J. Youris, Notary Public
My commission expires Apr. 11, 2008

Mark C.Gaisford
Constable - Boston P-146

**Boston Due Process**
P.O. Box 87
Boston, MA  02130-0100
(617) 469-3100

Our Job Serial Number: 2005000123

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

1213276