UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| ACCESS 4 ALL, INC and<br>FELIX ESPOSITO,<br><br>  Plaintiffs,<br><br>v.<br><br>DELANCY CLINTON ASSOCIATES,<br>L.P., a Pennsylvania Limited Partnership<br><br>  Defendant. | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   04-12347 (MAP)<br>:<br>:<br>:<br>:<br>:<br>:   MAY 6, 2005 |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendant DELANCY CLINTON ASSOCIATES, L. P. in the above-captioned action.

          DEFENDANT – DELANCY CLINTON ASSOCIATES.
          L. P.

          By: _/s/ Michael C. Harrington_
          Michael Colgan Harrington
          #BBO565144
          mharrington@murthalaw.com

          Murtha Cullina LLP
          CityPlace I
          185 Asylum Street
          Hartford, Connecticut 06103-3469
          Telephone: (860) 240-6000
          Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was mailed first-class, postage prepaid, on this 6th day of May, 2005 to:

Larry Fuller, Esq.
O. Oliver Wragg, Esq.
Fuller, Fuller and Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL  33181

_____
Michael Colgan Harrington

806836