UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACCESS 4 ALL, INC. and<br>FELIX ESPOSITO, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 04-12347 (MAP) |
| v. | : | |
| | : | |
| DELANCY CLINTON ASSOCIATES, | : | |
| L.P., a Pennsylvania Limited Partnership | : | |
| | : | |
| Defendant. | : | MAY 6, 2005 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6, Defendant DELANCY CLINTON

ASSOCIATES, L. P. in the above-captioned action hereby respectfully requests this Court for

an extension of 30-days, up to and including June 5, 2005, in order to file its initial pleading

in this matter. The undersigned has just been retained as counsel in this case and requires

time to become familiar with the facts at issue. Plaintiff's counsel does not object to this

extension. This is the Defendant's first request for an extension of time in this matter.

ORAL ARGUMENT NOT REQUESTED

DEFENDANT – DELANCY CLINTON
ASSOCIATES, L. P.

By: _____
    Michael Colgan Harrington -
    #BBO565144
    mharrington@murthalaw.com

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Its Attorneys

-2-

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Motion for Extension of Time

was mailed first-class, postage prepaid, on this 6th day of May, 2005 to:

Larry Fuller, Esq.
O. Oliver Wragg, Esq.
Fuller, Fuller and Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181

Michael Colgan Harrington

806865