LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

| NEW YORK OFFICE | MAIN OFFICE | ATLANTA OFFICE |
|---|---|---|
| 22ND FLOOR | SUITE 609 | SUITE 100 |
| 67 WALL STREET | 12000 BISCAYNE BOULEVARD | 1870 THE EXCHANGE |
| NEW YORK, NY 10005-3111 | NORTH MIAMI, FLORIDA 33181 | ATLANTA, GEORGIA 30339 |

DADE (305) 891-5199
BROWARD (954) 463-6570
FAX (305) 893-9505
E-MAIL: FFA@.FullerFuller.com

(Reply to: North Miami)

May 11, 2005

Ms. Elizabeth French
Law Clerk to Judge Michael A. Ponsor
Federal Bldg. & Cthse.
1550 Main Street
Springfield, MA 01103
(413) 785-0240

Re:   Access 4 All, Inc. and Felix Esposito v. Delancy Clinton Associates, L.P.
      04-cv-12347 (MAP)

Dear Ms. French:

     This case was closed by Judge Ponsor because of difficulties with effecting service. Since that time, we were successful in effecting service. We filed a Motion to Reopen the case. Opposing counsel has made an appearance and has filed a Motion for Extension of Time to June 5, 2005 to file initial pleadings in this matter. I checked Pacer today and note that as of this time, the case has not been reopened. Would you be so kind as to check with Judge Ponsor as to the status of our Motion to Reopen the case? Thank you for your assistance.

Very truly yours,

FULLER, FULLER & ASSOCIATES, P.A.

By_____
Jacqueline London, Paralegal to
Oliver Wragg, Esquire
e-mail: jyl@FullerFuller.com

:jl

cc: Michael Harrington, Esq.