IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

ACCESS 4 ALL, INC.,
a Florida not-for-profit corporation,
and FELIX ESPOSITO, Individually,

CIVIL ACTION NO.: 1:04-cv-12347 (MAP)

Plaintiff,

v.

DELANCEY CLINTON ASSOCIATES, L.P.,
a Pennsylvania Limited Partnership,

Defendant.
_____/

### PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____        _____ M/p TW 6/29/05
Felix Esposito                 Oliver Wragg, Esq. (BBO #643152)
                               Of Counsel
                               Fuller, Fuller & Associates, P.A.
                               12000 Biscayne Blvd., Suite 609
                               North Miami, FL 33181
                               (305) 689-0800

OOW:td
3639-MA 16.1 Certificate Felix Esposito.wpd

