UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

ACCESS 4 ALL, INC and
FELIX ESPOSITO,

   Plaintiffs,

v.

DELANCY CLINTON ASSOCIATES,
L.P., a Pennsylvania Limited Partnership

   Defendant.

CIVIL ACTION NO.
04-12347 (MAP)

### CERTIFICATION OF DELANCY CLINTON ASSOCIATES, L. P. IN PREPARATION FOR SCHEDULING CONFERENCE

Pursuant to Local Rule 16.1, I, Michael Colgan Harrington, as counsel for Delancy Clinton Associates, L. P., and I, Andrew Taymans, as an authorized representative of Delancy, hereby certify that we have conferred with regard to both case budgeting and the use of alternative dispute resolution programs.

_____
Michael Colgan Harrington

_____
Andrew Taymans
General Manager of Springfield Holiday Inn

DEFENDANT – DELANCY CLINTON ASSOCIATES, L. P.

By: /s/ Michael C. Harrington
Michael Colgan Harrington
#BBO565144
mharrington@murthalaw.com

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Its Attorneys

Date: July 11, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed first-class, postage prepaid, on this 11th day of July, 2005 to:

Larry Fuller, Esq.
O. Oliver Wragg, Esq.
Fuller, Fuller and Associates, P.A.
12000 Biscayne Boulevard, Suite 609
North Miami, FL 33181

Michael Colgan Harrington

817506