UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ACCESS 4 ALL INC., et al.,       )
                 Plaintiffs      )
                                 )
        v.                       )   Civil Action No.  04-12347-KPN
                                 )
                                 )
DELANCY CLINTON ASSOCIATES,      )
                 Defendant       )
```

SCHEDULING ORDER
July 20, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by August 1, 2005.

2. The Rule 34 inspection shall be completed by August 5, 2005.

3. All written discovery shall be completed by September 15, 2005.

4. Non-expert depositions shall be completed by October 14, 2005.

5. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 1, 2005.

6. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by October 14, 2005.

7. All expert depositions shall be completed by November 15, 2005.

8. Counsel shall appear for a case management conference on February 23, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: July 20, 2005

                                                                                               /s/ Kenneth P. Neiman  
                                                                                               KENNETH P. NEIMAN  
                                                                                               U.S. Magistrate Judge