UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL INC., et al.,            )
                 Plaintiffs    )
                                 )
v.                                    )    Civil Action No.  04-12347-KPN
                                 )
                                 )
DELANCY CLINTON ASSOCIATES,           )
                 Defendant     )

REVISED SCHEDULING ORDER
October 7, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Time (Document No. 26) and revises the schedule as follows:

1. Non-expert depositions shall be completed by November 15, 2005.

2. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by November 15, 2005.

3. All expert depositions shall be completed by December 15, 2005.

4. Counsel shall appear for a case management conference on February 23, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge