UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACCESS 4 ALL, INC., et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-12347-KPN |
| | ) | |
| | ) | |
| DELANCEY CLINTON ASSOCIATES, | ) | |
| LP., | ) | |
| Defendant | ) | |

SCHEDULING ORDER
February 23, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this

day:

1.    By March 31, 2006, the parties shall report to the court in writing whether

a settlement has been reached.

2.    All outstanding written and documentary discovery shall be produced by

April 14, 2006.

3.    All motions to compel shall be filed by April 28, 2006.

4.    Defendant shall designate and disclose information regarding its trial

experts as required by FED. R. CIV. P. 26(a)(2) by April 28, 2006.

5.    All expert and non-expert depositions shall be completed by June 2, 2006.

6.    Trial shall commence on September 11, 2006.  Counsel shall appear for a

final pretrial conference on September 5, 2006, at 2:00 p.m. in Courtroom

Three. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

Dated: February 23, 2006                          /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge