UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

ACCESS 4 ALL, INC., a Not for Profit
Corporation, and FELIX ESPOSITO,
Individually,

    Plaintiffs,

v.

DELANCEY CLINTON ASSOCIATES, L.P.,
a Pennsylvania Limited Partnership,

    Defendant.
_____/

Case No. 3:04-cv-12347-KPN

**NOTICE OF CASE STATUS**

COME NOW, Plaintiffs, Access 4 All, Inc., and Felix Esposito, by and through their undersigned attorney, and in compliance with the Court's Order dated February 23, 2006, advise the Court of the following:

    1.    Magistrate Judge Kenneth P. Neiman, by Order dated February 23, 2006, ordered the parties to report to the Court in writing, by March 31, 2006, whether a settlement had been reached. In response thereto, the undersigned attorney for the Plaintiffs, advises the Court that it has received today a proposed draft Settlement Agreement and Release, which will be reviewed and responded to after consultation with the Plaintiffs in this case.

The undersigned shall report to the Court developments regarding settlement as soon as practicable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via e-mail through the Court's ECF system to: Michael Colgan Harrington, Esq., Murtha Cullina, LLP, 185 Asylym Street, CityPlace I, Hartford, CT 06103-3469, mharrington@murthalaw.com, on this 31th day of March, 2006.

*For The Plaintiffs:*

**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami FL 33181
Tel. 305-891-5199; Fax 305-893-9505
FFA@fullerfuller.com

By: /s/ John Fuller
    John P. Fuller, Esq., *Pro Hac Vice*
    FL Bar No. 0276847

3638-MA Notice of Case Status (slm 3-31-06).wpd