UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

ACCESS 4 ALL, INC., a Not for Profit Corporation,
and FELIX ESPOSITO, Individually,

        Plaintiffs,                            Case No. 3:04-cv-12347-KPN

v.

DELANCEY CLINTON ASSOCIATES, L.P., a
Pennsylvania Limited Partnership,

        Defendant.

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court on the Stipulation For Approval of Settlement Agreement and the Court having reviewed the pleadings and papers filed in this cause, being advised that the parties hereto seek the dismissal of this action with the Court retaining jurisdiction for the enforcement of the Settlement Agreement entered into between the parties, it is hereby

ORDERED AND ADJUDGED, that:

1. This matter is hereby dismissed, subject to the provisions of paragraph 2 hereof.

2. This Court approves the Settlement Agreement and retains jurisdiction over this matter for the purpose of enforcement of the Settlement Agreement and for determination of the amount of attorneys' fees, litigation expenses, expert fees and costs to be awarded to Plaintiffs as set forth in the Settlement Agreement and for entry of a Final Judgment thereon.

3. Any pending motions are hereby DENIED as moot and this case is closed.

DONE AND ORDERED, in Chambers at _Springfield_, Massachusetts, on this _14_ day of _June_, 2006.

                                                UNITED STATES MAGISTRATE JUDGE
                                                KENNETH P. NEIMAN

Copies to:
John P. Fuller, Esq.
Michael C. Harrington, Esq.