UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

ACCESS 4 ALL, INC., a Not for Profit
Corporation, and FELIX ESPOSITO,
Individually,

      Case No. 3:04-cv-12347-KPN

    Plaintiffs,

v.                             **AFFIDAVIT OF O. OLIVER WRAGG**

DELANCEY CLINTON ASSOCIATES, L.P., a
Pennsylvania Limited Partnership,

    Defendant.
_____/

STATE OF FLORIDA       )
                                   ) SS
COUNTY OF MIAMI-DADE  )

    BEFORE ME personally appeared O. Oliver Wragg, who, under oath, deposes and states the following:

1. The undersigned is a member of the law firm The Law Office of O. Oliver Wragg and work of counsel with the law firm Fuller, Fuller & Associates, P.A. The law firm Fuller, Fuller & Associates, P.A. represents the Plaintiffs in the above styled matter. I participated in the representation of the Plaintiffs in the above styled matter.

2. I graduated from the University of Miami School of Law in 1992, with a class rank of 23%.

3. I have fourteen years experience as a trial attorney and have worked on ADA disability cases for the past ten years. I have been a member of the Florida Bar since 1992. I have been a member of the Georgia Bar since 1996. I have been a member of the Massachusetts Bar since 1999. I am a member of the United States Court of Appeals for the 11th Circuit. I am a member of the United States District Court for the Southern and Middle Districts of Florida. I am a member of the United States District Court for the Northern and Middle Districts of Georgia.

4. I am a member of the Academy of Florida Trial Lawyers and the Dade County Bar Association.

EXHIBIT 4

5. I have litigated several ADA Title III cases throughout the country.

6. I generally charge between $325.00 to $425.00 per hour for my legal services. This amount is consistent with the rates charged in the jurisdictions in which I practice.

7. The Affiant certifies that the above information is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
O. Oliver Wragg

SWORN TO and subscribed before me by O. Oliver Wragg, who is known to me personally, and who did take an oath, this __7__ day of July, 2006.

_____
Notary Public, Florida at Large

BERNICE FIGUEROA
MY COMMISSION # DD457272
EXPIRES: September 22, 2009
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.