UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>　　　Plaintiffs,<br><br>v.<br><br>DELANCEY CLINTON ASSOCIATES, L.P., a Pennsylvania Limited Partnership,<br><br>　　　Defendant. | Case No. 3:04-cv-12347-KPN<br><br>**AGREED MOTION TO ALLOW PLAINTIFFS' TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' VERIFIED APPLICATION FOR ATTORNEYS' FEES, COSTS AND EXPERT'S FEES** |

　　COME NOW, Plaintiffs, through their undersigned attorney, and respectfully move this Court pursuant to Local Rule 7.1(b)(3) to allow Plaintiffs' counsel the opportunity to respond to Defendant's Opposition to Plaintiffs' Verified Application for Attorneys' Fees, Costs and Expert's Fees [DE 37], and as grounds therefor state the following:

　　1.　　The Defendant has argued issues that Plaintiffs believe warrant further explanation.

　　2.　　Defendant's counsel has agreed to this Motion. See Certificate of Conference.

### CERTIFICATE OF CONFERENCE

　　Counsel for Defendant was contacted and he has assented to the foregoing Motion. He requested the opportunity to file a Surreply if warranted. Plaintiffs have no objection.

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via electronic notification through the Court's CM/ECF System to: Michael Colgan Harrington, Esq., Murtha Cullina, LLP, 185 Asylym Street, CityPlace I, Hartford, CT 06103-3469, mharrington@murthalaw.com, on this 16th day of August, 2006.

*The Plaintiff by his Attorney:*
**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505
FFA@fullerfuller.com

By: /s/ John P. Fuller
    John P. Fuller, Esq., *Pro Hac Vice*
    FL Bar No. 0276847

JPF:jl

3638-MA M-ReplytoOpp(drk 8-16-06).wpd

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

ACCESS 4 ALL, INC., a Florida not-for-profit
corporation, and FELIX ESPOSITO,
individually,

      Plaintiffs,

v.                                       CASE NO. 3:04-cv-12347-KPN

DELANCEY CLINTON ASSOCIATES, L.P.,
a Pennsylvania Limited Partnership,

      Defendant.
_____/

## **ORDER**

The Court being fully advised of the issues, and being otherwise advised, it is,

ORDERED and ADJUDGED:

1. Plaintiffs' Agreed Motion to Allow Plaintiffs' to Respond to Defendant's Opposition to Plaintiffs' Verified Application for Attorneys' Fees, Costs and Expert's Fees is **GRANTED**.

2. The Plaintiffs shall have until **August 25, 2006** to respond to Defendant's Opposition to Plaintiffs' Verified Application for Attorneys' Fees, Costs and Expert's Fees.

DONE AND ORDERED, this ___ day of _____, 2006, in _____, Massachusetts.

_____
United States District Judge